IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

IN RE:

ORTIZ DIAZ, PEDRO JOSE
xxx-xx-6901

CASE NO 16-04350 MCF

DIAZ ORTIZ, MIRTA LIMARIS
xxx-xx-4864

CHAPTER 7

DEBTORS

**DEBTORS' MOTION FOR REOPENING OF CASE UNDER 11 U.S.C. §350(b)
AND REQUEST FOR ENTRY OF ORDER OF DISCHARGE**

TO THE HONORABLE COURT:

COME NOW, **PEDRO JOSE ORTIZ DIAZ and MIRTA LIMARIS DIAZ ORTIZ**, the Debtors in the above captioned case, through the undersigned attorney, and very respectfully state and pray as follows:

1. On May 31, 2016, the Debtors filed a petition for relief under Chapter 7 of Title 11, U.S. Code §§701 *et seq*, in the above captioned case.

2. On July 27, 2016, the appointed Trustee Noreen Wiscovitch Rentas, Esq., filed a _Chapter 7 Trustee's Report of No Distribution_, Docket No. 13.

3. On September 07, 2016, the Clerk of the Court gave notice of intent to close the above captioned Chapter 7 case without entry of discharge for the Debtors having failed to file a certification of completion of instructional course concerning personal financial management (Official Form 23) which was due sixty (60) days after the first scheduled 341 meeting of creditors. _Notice of Intent to Close Chapter 7 Bankruptcy Case Without Entry of Discharge Due to Failure of Debtor to File Financial Management Course Certificate_, Docket No. 16.

4. On September 26, 2016, this Honorable Court issued an *Order Discharging Trustee and Closing the Estate*, Docket No. 18.

5. On October 25, 2016, the Debtors took the required instructional course concerning personal financial management (attached is copy of having completed said instructional course).

6. Due to the Debtors' dire financial situation, the Debtors were unable to pay the required re-opening fee in order for the case to be re-opened by the Court, which would have allowed the Debtors to file the 10/25/2016 attached certification of having completed said instructional course concerning personal financial management. 28 U.S.C. Section 1930(a).

7. Under Section 350(b) of the Bankruptcy Code, 11 U.S.C. §350(b), a debtor may request by motion that the court reopen a case to accord relief to the debtor or for other cause. 11 U.S.C. §350(b), Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure and P.R.-LBR 5010-1 of the Puerto Rico Local Bankruptcy Rules.

8. The Debtors respectfully request this Honorable Court to reopen the present bankruptcy case to allow the Debtors to file a certification of having completed said instructional course concerning personal financial management (Official Form 23), and for a discharge Order to be entered in the above captioned case. Rules 5009 and 5010 of the Federal Rules of Bankruptcy Procedure.

**WHEREFORE,** the Debtors respectfully request this motion be granted and the present case be re-opened to allow the Debtors to file a certification of having completed said instructional course concerning personal financial management (Official Form 23), and for a discharge Order to be entered in the above captioned case.

### NOTICE UNDER P.R. LBR 5010-1:

**You are hereby notified that the debtor has filed a motion for the re-opening of her Chapter 7 case. Within twenty-one (21) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

### CERTIFICATE OF SERVICE

I CERTIFY that on this same date a copy of this motion requesting re-opening of case was electronically filed using the CM/ ECF system which will send notification of same to: the Chapter 7 Trustee Noreen Wiscovitch Rentas, Esq.; US Trustee's Office, Monsita Lecaroz, Esq., Assistant US Trustee; and to all CM/ECF participants; I also certify that a copy of this motion was sent via regular US Mail to Pedro Jose Ortiz Diaz and Mirta Limaris Diaz Ortiz, HC 04 Box 44374 MSC 1433 Caguas PR 00727, the Debtors in the above captioned case, and also to all creditors and interested parties (CM/ECF non-participants) appearing in the

Page –4 –
Motion for reopening of case 11 USC §350(b)
Case no. 16-04350 MCF7

master address list, hereby attached.

**RESPECTFULLY SUBMITTED**. In San Juan, Puerto Rico, this 17th day of July, 2018.

/s/Roberto Figueroa Carrasquillo
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR the DEBTORS
PO BOX 186 CAGUAS PR 00725
TEL NO 787-744-7699 FAX NO 787-746-5294
Email: rfigueroa@rfclawpr.com

```
Label Matrix for local noticing        (p)ORIENTAL BANK AND TRUST            US Bankruptcy Court District of P.R.
0104-3                                 PO BOX 195115                         Jose V Toledo Fed Bldg & US Courthouse
Case 16-04350-MCF7                     SAN JUAN PR 00919-5115                300 Recinto Sur Street, Room 109
District of Puerto Rico                                                      San Juan, PR 00901-1964
Old San Juan
Tue Jul 17 11:16:40 AST 2018

AAA                                    AEE                                   ALLY FINANCIAL
PO BOX 70101                           PO Box 363508                         PO BOX 130424 C/O ALLY SERVICING LLC
SAN JUAN, PR 00936-8101                San Juan, PR 00936-3508               ROSEVILLE, MN 55113-0004


ANDERSON FINANCIAL SERVICES            ANGEL M VAZQUEZ BAUZA, ESQ.           AT&T
22 STREET H-16 HEB                     PO BOX 191017                         5407 ANDREWS HWY
DBA BORINQUEN TITLE LOANS              SAN JUAN, PR 00919-1017               MIDLAND, TX 79706-2851
CAGUAS, PR 00725


Acceptance Now                         CARIBE FEDERAL CREDIT UNION           Cosotnet
501 Headquarters Dr                    195 CALLE ONEILL                      PO Box 1689
Plano, TX 75024                        SAN JUAN, PR 00918-2404               Rio Grande, PR 00745-1689


DPTO DE TRANSPORTACION Y OBRAS PUBLICAS  DTOP                                Departamento de Hacienda
PO BOX 41269                           PO Box 41269                          PO Box 9024140
SAN JUAN, PR 00940-1269                San Juan, PR 00940-1269               San Juan, PR 00902-4140


Emp. Berrios Financieras Inc           FIRST BANK                            FUENTE DE PRESTAMO RAPIDO
PO BOX 674                             PO BOX 19327                          PO BOX 5501
Cidra PR 00739-0674                    SAN JUAN, PR 00910-1327               SPARTANBURG, SC 29304-5501


GECRB/QVC                              Island Finance                        (p)JEFFERSON CAPITAL SYSTEMS LLC
PO BOX 965018                          PO Box 71504                          PO BOX 7999
ORLANDO, FL 32896-5018                 San Juan, PR 00936-8604               SAINT CLOUD MN 56302-7999


Liberty Cablevision of Puerto Rico     Money Express                         National University College
Luquillo Industrial Park 992 KM. 0.2   PO Box 9146                           PMB 194 PO BOX 4985
Luquillo, PR 00773                     San Juan, PR 00908-0146               CAGUAS, PR 00726-4985


ORIENTAL BANK                          ORIENTAL/BBVA                         Oriental Bank (BBVA)
ANGEL M. VAZQUEZ BAUZA                 PO BOX 364745                         PO Box 191017
PO BOX 195115                          SAN JUAN, PR 00936-4745               San Juan, PR 00919-1017
SAN JUAN PR. 00919-5115


PR Acquisitions                        PR Acquisitions                       SAMS
PO Box 194499                          PO Box 194499 ISLAND FINANCE          PO BOX 105980 DEPT 77
San Juan, PR 00919-4499                San Juan, PR 00919-4499               Atlanta, GA 30348-5980
```

Sprint Correspondence
Attn Bankruptcy Dept
PO Box 7949
Overland Park KS 66207-0949

Toledo & Toledo Law Offices
PO Box 190938
San Juan, PR 00919-0938

Transworld Systems, Inc
PO BOX 17221
WILMINGTON, DE 19850-7221

MIRTA LIMARIS DIAZ ORTIZ
HC 04 BOX 44374
CAGUAS, PR 00727-9621

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1314

PEDRO JOSE ORTIZ DIAZ
HC 04 BOX 44374 MSC 1433
CAGUAS, PR 00727-9621

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

ORIENTAL BANK
ENRIQUE NASSAR RIZEK & ASSOCIATES
PO BOX 191017
SAN JUAN, PR 00919

JEFFCAPSYS
16 MCLELAND RD
SAINT CLOUD, MN 56303

(d)Jefferson Capital Systems LLC
Po Box 7999
Saint Cloud Mn 56302-9617

End of Label Matrix
Mailable recipients    37
Bypassed recipients     0
Total                  37